UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
2:34 pm, Apr 05, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

DANNY R. RICHARDS
Plaintiff

v.     NO: 2:18-cv-00165-WTL-DLP

Civil Action

CORIZON HEALTH, et al.,
KIM HOBSON, H.C.A,
DR. CHAVEZ, M.D.
RICHARD BROWN, Supt.
ARAMART FOOD SERVICE,
Defendants,

COMPLAINT

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law of rights secured by the constitution of the United States, and the state of Indiana. Plaintiff is Danny R. Richards, a state prisoner housed at the Wabash Valley Corr. Facility, Carlisle, In. 47838.

This court has jurisdiction under 28 U.S.C section 1331 and 1343 (a)(3). Plaintiff's request for any injunctive relief will be authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the F.R.C.P..

The southern District of Indiana, Terre

-1-

Haute Division is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

### Plaintiff

Danny R. Richards # 866216
Wabash Valley Corr. Facility
P.O. Box 1111
Carlisle, In. 47838

### Defendants

Corizon Health
Address Unknown

ARAMARK FOOD SERVICE
Address Unknown

Kim Hobson
Wabash Valley Corr. Facility
P.O. Box 1111
Carlisle, In. 47838

Dr. Chavez, Md.
Address Unknown

Richard Brown, Supt.
Wabash Valley Corr. Facility
P.O. Box 1111
Carlisle, In. 47838

Corizon Health was the medical provider

-2-

for the Wabash Valley Corr. Facility, and for the plaintiff, and plaintiff had no choice but rely on Corizon to provide him with medical care. They failed in thier responsibilities.

Kim Hobson is the Health Care Admins. at the Wabash Valley Corr. Facility and was employeed by Corizon Health. As the Health Care Admins. she is legally responsible for the plaintiff, and any medical service plaintiff is in need of.

Dr. Chavez, MD, was the medical doctor at the Wabash Valley Corr. Facility and employeed by Corizon Health. While the plaintiff was under Dr. Chavez's care she was responsible for the care of the plaintiff. She failed in her responsibilities

Richard Brown, Supt. at the Wabash Valley Corr. Facility and is responsible for the operation and running of the facility. As the main care-giver of the plaintiff he is legally responsible for the all around welfare of the plaintiff.

    As a state prisoner inside the state of Indiana the plaintiff must rely on all of the above named defendants to treat his medical needs and when these individual's fail in thier duty those medical needs can not and will not be met causing undue pain and suffering for the plaintiff.

    Each defendant is sued individually and in his or her's official capacity. At all times mentioned in

-3-

this complaint each defendant acted under the color of state law.

### ISSUE 1

In or around December, 2017 plaintiff was called out to his chronic care visit, and plaintiff was seen by Dr. Byrd.

Plaintiff was diagnosed with "Ulcerative Colitis" in October, 2008 which is why he was being seen at his chronic care visit.

During this visit Dr. Byrd started asking me some strange questions such as was I always thirsty and was I waking up at all hours of the night urinating at which time I stated yes.

Dr. Byrd then asked me "over the last 6 months or year at anytime did Dr. Chavez discuss my blood work with me, I then stated Dr. Chavez always stated my blood work was fine for someone my age.

Dr. Byrd then looked at me and stated "Mr. Richards, it's a miracle you havent fallen into a diabetic coma by now. Your blood work is not fine.

At that time he ordered a accu-check of

-4-

plaintiff's blood sugar, and it was so high it wouldn't register on the machine.

Dr. Byrd then asked me "plaintiff" if I had ever been prescribed steriods and at that time I stated yes from January 2008 thru March 2010, I was repeatedly placed on steriods to help with my battle fighting Ulcerative Colitis.

Dr. Byrd then asked plaintiff if there is any history of diabetics in my family plaintiff stated No.

Dr. Byrd then stated my medical diagnose's would be that the steriods and a bad diet is the cause of plaintiff being a diabetic. Plaintiff then stated that his bad diet consists of ARAMART food.

At no time during my treatment from January 2008 thru March 2010 did any medical personnel sit down and discuss any of the side effects of any of plaintiffs medication.

In fact Corizon's unspoken policy was if inmates wanted any medical information concerning any illness they suffered from it was to be paid for, and if you was indigent to bad.

It is the responsibility of Corizon and all

-5-

of their medical personnel to ensure that the plaintiff has a full understanding of every aspect of his treatment and that includes any and all long term side effects that these medications can cause.

Corizon Health, Kim Hobson and all of there medical personnel failed in their responsibility by withholding this information from the plaintiff.

Plaintiff has a right to decide if he wants to except treatment from the defendants and it is essential that plaintiff recieves all information concerning the facts when making that decision, and plaintiff was denied that information.

Dr. Chavez failed to properly diagnose and treat plaintiff's under lying medical condition.

Dr. Chavez decided to keep this information to herself, and by doing so let a serious medical condition "Diabetes" fester inside plaintiff's body for months and go untreated, Jeopardizing plaintiffs well-being.

Plaintiff even complained to Dr. Chavez on several visits that he was experiencing numbness and tingling in his hands and feet that sometimes resulted in shott shooting pain in his hands and feet, and Dr. Chavez contributed this to the way the plaintiff was sleeping,

-6-

Corizon's main goal was always about making money not providing proper care to the plaintiff, and the best way for Corizon to do this was to provide an easier but less efficacious course of treatment with no regard to the plaintiff's well-being.

Corizon and Corizon's medical personnel also knew that by continuing to prescribed corticosteroids to the plaintiff that there was a high probability that any long term side effects such as diabetes would occurr, and due to these steroids being the cheapest form of treatment Corizon could provide they continued to prescribed them to plaintiff.

Therefore showing a deliberate act to not only deceive the plaintiff by withholding this knowledge of the long term side effects of these steroids but also sit out to deliberately cause a serious underlying medical condition such as diabetes to form inside plaintiff body.

For years Richard Brown supt. at the Wabash Valley Corr. Facility turned a blind eye to how Corizon was treating the plaintiff who was under Mr. Brown's supervision, and by turning this blind eye Mr. Brown showed no regard to the plaintiff's well-being all in an effort to save the Ind. Dept. of Corr. and the state of Indiana hundreds of thousands if not millions of dollars showing that it was about the profit of money not the

-7-

well-being of the plaintiff.

On plaintiff's most recent chronic care visit the plaintiff asked Dr. Denning what could be contributing factors to his most recent diagnoses of being a diabetic. Dr. Denning stated the following: "a very poor diet, runs in the family, certain types of medications, or obesity."

I asked Dr. Denning did she consider me and my 220 lbs. obese Dr. Denning stated no not to that extremes considering your medical problems.

I stated no-one in my family has ever been diagnosed as a diabetic, and my poor diet consists of Aramart food only also Dr. Byrd who is the doctor who first brought the diabetes to my attention in December, 2017, also informed plaintiff that he believed that the cause of my diabetes diagnoses was caused by two factors, ① over prescribing plaintiff steroids during his battle with Ulcerative Colitis from 2008 upto 2011, ② and the poor diet provided by ArAmart.

Dr. Denning then stated that Dr. Byrd had no right to provide me with that type of information.

All of the above named defendants have shown a deliberate indifference to plaintiff's well-being by eaither failing to properly diagnose a serious medical

8

condition such as diebetes or for providing the plaintiff with a diet that good be unhealthy to plaintiff's well-being. Which violates plaintiff's eighth amendment right of the United States Constitution which prohibit's cruel and unusual punishment a due process violation.

The plaintiff has no plain, adequate or complete remedy of law to redress the wrongs described herein.

Plaintiff suffers in pain in his hands and his feet plus other parts of his body due to not only the diugnose's of being a diabetic but also from his Ulcerative Colitis.

Plaintiff was at one time being prescribed a pain medication "neurotin" to help manage plaintiff's pain but when Wexford Health Sources, Inc. took over as the provider of Health Services inside the Ind Dept. of Corr. the very first thing they done was remove all offenders such as plaintiff from their pain medication.

Wexford Health Source, Inc. doctor's never talked to the plaintiff performed any type of a physical exam on the plaintiff until after the fact. And this was all done to save money and for no other reason.

WHEREFORE, plaintiff respectfully prays

9

that this court enter judgement granting plaintiff's relief.

1) A declaration that the acts and omissions described herein violated plaintiff's rights under the Const. and laws of the United States, and the state of Indiana.

2) Punitive damages in the amount of ($350,000.00⁰⁰) Three Hundred and Fifty Thousand dollars against each named defendant.

3) A jury trial on all issues.

4) Plaintiff's costs in this suit.

5) Any additional relief this court deems just, proper, and equitable.

Respectfully Submitted
Danny R. Richards
03/28/2018
Wabash Valley Corr. Facility
P.O. Box 1111
Carlisle, In. 47838

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that

10.

that the foregoing is true and correct.

Respectfully Submitted
Danny R. Richards

Dated on 28th day of March 2018

Defendant

ARAMART - is the provider inside the Indiana Dept. of Corr., and they are responsible for the feeding the plaintiff (3) three meals a day. The ARAMART MENU looks as if the population is being feed decent meals but the menu does not properly represent what is actually being served to the plaintiff.