UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANNY R. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cv-00165-JPH-DLP |
| ) | |
| JACKIE WEST-DENNING Dr., ) | |
| WEXFORD OF INDIANA, ) | |
| ) | |
| Defendants. ) | |

**ENTRY**

The plaintiff's motion to expedite ruling on defendants' motion for summary judgment, dkt. [223], is **denied as moot,** as the Court issued its ruling and dismissed this action on August 3, 2020. Dkts. [221], [222].

SO ORDERED.

Date: 8/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DANNY R. RICHARDS
866216
INDIANA STATE PRISON
INDIANA STATE PRISON
Electronic Service Participant – Court Only

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Jeb Adam Crandall

BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com