UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANNY R. RICHARDS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 2:18-cv-00165-JPH-MKK |
| CORIZON HEALTH, *et al.* | ) ) ) |
|     Defendants. | ) |

## JOINT STATUS REPORT

NOW COMES the Plaintiff, Danny Richards, through his attorney Mark Hassler, and Defendant Jackie West-Denning, M.D., by her attorney Douglass R. Bitner, and for their Joint Status Report pursuant to the Court's order of May 5, 2023 [D/N 276], state as follows:

1. On May 5, 2023, the parties participated in a telephonic status conference to discuss the status of settlement, and Plaintiff's prior Motion for Costs. [D/N 276]

2. The parties jointly report to the Court that all information necessary for delivery of a check has been completed. Plaintiff, Danny Richards, has signed and returned a full release, and provided instructions to Defendant, and at this point, the parties are simply waiting on the delivery of a check.

3. Plaintiff withdraws his prior Motion for Costs/Reimbursement [D/N 271].

                                                Respectfully submitted,

                                                STOLL KEENON OGDEN PLLC

                                                */s/ Douglass R. Bitner*
                                                Douglass R. Bitner, Attorney No. 34981-49
                                                **STOLL KEENON OGDEN PLLC**
                                                The Emelie Building

        334 N. Senate Avenue
        Indianapolis, IN 46204
        Office (317) 464-1100; Fax (317) 464-1111
        Doug.Bitner@skofirm.com
        *Counsel for Defendant Jackie West-Denning, M.D*

        /s/  Mark D. Hassler_____
        Mark D. Hassler
        **Hassler KONDRAS MILLER LLP**
        100 W. Cherry St.
        Terre Haute, IN 47808
        Phone: 812-232-9691
        Fax: 812-234-2881
        Email:  hassler@hkmlawfirm.com
        *Recruited Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on **May 12, 2023**, a copy of the foregoing was filed electronically using the Court's electronic filing system (CM/ECF).  Notice of this filing was electronically served via CM/ECF upon the following person(s):

    Mark D. Hassler
    **Hssler KONDRAS MILLER LLP**
    hassler@hkmlawfirm.com
    *Recruited Counsel for Plaintiff*

        */s/ Douglass R. Bitner*_____
        Douglass R. Bitner