UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANNY R. RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cv-00165-JPH-MKK |
| ) | |
| CORIZON HEALTH, *et al.* ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Danny R. Richards, by counsel, and Defendant Jackie West-Denning, M.D., respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed as to Defendant Jackie West-Denning, M.D., with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Respectfully submitted,

STOLL KEENON OGDEN PLLC


*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
*Counsel for Defendant Jackie West-Denning, M.D.*


HUNT HASSLER & LORENZ, LLP


*/s/ Mark D. Hassler (with permission)*
Mark D. Hassler, Attorney No. 8102-84
**HUNT HASSLER & LORENZ, LLP**
100 Cherry Street
Terre Haute, IN 47807
hassler@hkmlawfirm.com
*Recruited Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on **June 29, 2023**, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Mark D. Hassler
**HUNT HASSLER & LORENZ, LLP**
hassler@hkmlawfirm.com
*Recruited Counsel for Plaintiff*

                                          */s/ Douglass R. Bitner*
                                          Douglass R. Bitner